HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CLARENCE GIGUERE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:14-mj-00120-MJS |
| Plaintiff, | |
| vs. | JOINT MOTION TO MODIFY CONDITIONS OF PROBATION AND TO EXTEND TERM OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(c) AND 3564(d) AND TO CONTINUE REVIEW HEARING;  ORDER |
| CLARENCE GIGUERE, | |
| Defendant. | |

The parties, by through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Clarence Giguere, hereby jointly move to modify the conditions of Mr. Giguere's probation and to extend the term of probation pursuant to 18 U.S.C. §§ 3563(c) and 3564(d). The parties further request that the Court continue the January 5, 2016 review hearing.

On February 4, 2015, Mr. Giguere pled guilty to possession of a controlled substance. The Court placed Mr. Giguere on unsupervised probation for 24 months, with the conditions that he pay a $1,000 fine and attend 60 NA meetings within the first eleven months of probation.

Between May 2015 and July 2015, Mr. Giguere made three payments toward his fine, leaving a balance of $850.  Mr. Giguere struggled to continue with his payments after July.  His income is limited, and his wages are garnished due to outstanding student loans.  Mr. Giguere was laid off from his job on November 29, 2015.  He will return to work in approximately two

1  months. Once Mr. Giguere returns to work in late January or early February, he will be able to
2  resume make payments on his fine.

3      Mr. Giguere has also struggled with the requirement that he attend NA meetings. Mr.
4  Giguere lives in Wawona. There are no NA meetings in Wawona, and, thus, Mr. Giguere must
5  travel to Oakhurst to attend the meetings. Mr. Giguere does not have a vehicle and public
6  transportation does not run late enough into the evenings for Mr. Giguere to use it to attend his
7  5:00 p.m. NA meetings. Mr. Giguere relies on rides from friends to get him to Oakhurst, but he
8  is not always able to find someone willing to drive him. At this time, Mr. Giguere is working on
9  finding someone who can drive him on a regular basis.

10      In light of the foregoing, the parties respectfully request that this Court modify the terms
11  of Mr. Giguere's probation. Specifically, the parties request that the Court extend the time for
12  Mr. Giguere to complete the 60 NA meetings. Under the current order, Mr. Giguere is to
13  complete 60 meetings by January 4, 2016. The parties request that the Court change the order to
14  require Mr. Giguere to complete 60 meetings by January 4, 2017. The parties further request
15  that the Court extend Mr. Giguere's term of unsupervised probation for an additional 12 months,
16  to expire on February 4, 2018. This will allow Mr. Giguere additional time to pay his fine.
17  Finally, the parties request that the Court continue the review hearing from January 5, 2016, to
18  January 17, 2017.

19                              Respectfully submitted,

20

21  Date: December 10, 2015          */s/ Matthew McNease*
                                          MATTHEW MCNEASE
22                                            Yosemite Legal Officer
                                          Counsel for the Plaintiff
23
                                          HEATHER E. WILLIAMS
24                                            Federal Defender

25
26  Date: December 10, 2015          */s/ Erin Snider*
                                          ERIN SNIDER
                                          Assistant Federal Defender
27                                            Attorney for Defendant
                                          CLARENCE GIGUERE
28

**O R D E R**

**IT IS SO ORDERED.** Good cause appearing and pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies the conditions of Mr. Garcia's term of unsupervised probation as follows: Mr. Giguere shall attend 60 NA meetings by January 4, 2017. Pursuant to 18 U.S.C. § 3563(d), the Court hereby extends the term of Mr. Garcia's term of unsupervised probation for an additional 12 months, to expire February 4, 2018. The review hearing currently scheduled for January 5, 2016, is continued to January 24, 2017.

IT IS SO ORDERED.

Dated:   December 14, 2015        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE