```
1  Susan St. Vincent
   Yosemite Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: (209) 372-0241
```



**FILED**

JAN 24 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:14-mj-00120-MJS |
|---|---|
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| CLAREANCE DIVINE GIGUERE, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties, I and other individuals acting in a similar capacity, in my office regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Clareance GIGUERE has failed to provide proof attendance at Narcotics Anonymous meetings.

As the legal officer, I am aware that GIGUERE, was charged with possession of a controlled substance (methamphetamine,) in violation of Title 36 Code of Federal

1

Regulations § 2.35(b)(2). GIGUERE plead guilty to the charge on February 4, 2015, and was sentenced to 24 months of unsupervised probation with the conditions he, pay a $1000 fine at a rate of $50 per month, obey all laws, report all new violations of the law, and attend 60 Narcotics Anonymous meetings within 11 months. On December 14, 2015, on joint motion by the parties, the Court entered an Order extending GIGUERE'S probation by 12 months to February 4, 2018, and extending the time for GIGUERE to complete the 60 Narcotics Anonymous meetings to January 4, 2017. The government alleges GIGUERE has violated the following condition(s) of his unsupervised probation:

<u>CHARGE ONE</u>:    FAILURE TO ATTEND NARCOTICS ANONYMOUS

GIGUERE was ordered to attend 60 Narcotics Anonymous meeting prior to January 4, 2017.  To date GIGUERE has provided proof of attendance at 0 Narcotics Anonymous meetings

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

_1/24/17_
Date

_[signature]_
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_1/24/17_
Date

_[signature]_
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2