HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CLARENCE GIGUERE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:14-mj-00120-MJS |
|---|---|---|
| Plaintiff, | ) | **MOTION TO VACATE JANUARY 31, 2017 REVIEW HEARING AND SET REVIEW HEARING FOR JANUARY 16, 2018; ORDER** |
| vs. | ) | |
| CLARENCE GIGUERE, | ) | |
| Defendant. | ) | |

Defendant Clarence Giguere hereby requests that the Court vacate the January 31, 2017 review hearing, and that a new review hearing be set for January 16, 2018, at 10:00 a.m.

On February 4, 2015, the Court sentenced Mr. Giguere to twenty-four months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay a fine of $990.00 and a special assessment of $10.00, and to attend sixty Narcotics Anonymous ("NA") meetings.

On December 14, 2015, this Court ordered, in accordance with a joint motion filed by the parties, that Mr. Giguere attend 60 NA meetings by January 4, 2017, and extended Mr. Giguere's term of unsupervised probation to February 4, 2018, so that he may have sufficient time to pay his fine.

Between March 9, 2015, and June 17, 2016, Mr. Giguere attended a total of 63 NA

meetings, proof of which has been provided to the government. Accordingly, Mr. Giguere is in full compliance with all conditions of his probation at this time.

The government is in agreement with this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2017              */s/ Reed Grantham*
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CLARENCE GIGUERE

## **O R D E R**

Based on the parties' joint representation that Mr. Giguere is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for January 31, 2017, at 10:00 a.m. in Case No. 6:14-mj-00120-MJS. In addition, the Court sets a new review hearing for January 16, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 30, 2017              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE