Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>CLARENCE GIGUERE,<br><br>                          Defendant. | DOCKET NO. 6:14-mj-00120-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    Defendant, Clarence GIGUERE, was charged with possession of a controlled substance (methamphetamine,) in violation of Title 36 Code of Federal Regulations § 2.35(b)(2). GIGUERE plead guilty to the charge on February 4, 2015, and was sentenced to 24 months of unsupervised probation with the conditions he, pay a $1000 fine at a rate of $50 per month, obey all laws, report all new violations of the law, and attend 60 Narcotics Anonymous meetings within 11 months. On December 14, 2015, on joint motion by the parties, the Court entered an Order extending GIGUERE'S probation by 12 months to February 4, 2018, and extending the time for GIGUERE to complete the 60 Narcotics Anonymous meetings to January 4, 2017.

    On January 24, 2107 the Government filed a Notice of Probation Violation alleging GIGUERE had failed to attend Narcotics Anonymous ("NA") meetings as

1

ordered.  A review hearing was scheduled for January 31, 2017 at 10:00 A.M.  The Government has subsequently been provided proof of NA attendance.  The Government herewith withdraws its Allegation of Probation Violation in this matter.   A final review hearing is set for January 16, 2018.

Dated: March 4, 2017                     By: /s/ Susan St. Vincent
                                         Susan St. Vincent
                                         Legal Officer
                                         Yosemite National Park, CA

## ORDER

The Statement of Alleged Probation Violation(s) filed on January 24, 2017 in case number 6:14-mj-00120-MJS is retracted and withdrawn.

IT IS SO ORDERED.

Dated:   March 6, 2017                   /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE